IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:17-CV-00112-FL

| | |
|---|---|
| BARBARA L. ROBINSON, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ON** |
| v. ) | **DEFENDANT MAGMUTUAL'S** |
| ) | **MOTION TO SEAL** |
| EAST CAROLINA UNIVERSITY, ) | |
| JOHN MARK WILLIAMS, M.D., ) | |
| MARK D. IANNETTONI, M.D., JODY ) | |
| C. COOK, MS, RN, CPHRM, and ) | |
| MAGMUTUAL INSURANCE ) | |
| COMPANY d/b/a/ MAGMUTUAL ) | |
| INSURANCE AGENCY, LLC, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the motion of Defendant MagMutual Insurance Company d/b/a MagMutual Insurance Agency, LLC ("MagMutual"), to seal the proposed sealed documents filed at Docket Entries 45 and 56. Having considered the motion, the Court finds as follows:

1. Docket Entries 45 and 56 contain excerpts of MagMutual's insurance policy issued to the Brody School of Medicine, which constitutes confidential business information. MagMutual has a legitimate interest in maintaining the information under seal.

2. The need to maintain confidentiality outweighs the public interest in access to the documents.

3. No less drastic alternatives to sealing are available.

4. Dr. Robinson consents to the motion to seal.

For these reasons, the Court concludes that the motion should be GRANTED and Docket Entries 45 and 56 should remain under seal.

IT IS SO ORDERED.

This the 12th day of December, 2017

                                                                  _____
                                                                   Louise W. Flanagan
                                                                   United States District Judge