IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:17-CV-00112-FL

| | |
|---|---|
| BARBARA L. ROBINSON, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ON** |
| v. ) | **DEFENDANT MAGMUTUAL'S** |
| ) | **MOTION TO SEAL** |
| EAST CAROLINA UNIVERSITY, ) | |
| JOHN MARK WILLIAMS, M.D., ) | |
| MARK D. IANNETTONI, M.D., JODY ) | |
| C. COOK, MS, RN, CPHRM, and ) | |
| MAGMUTUAL INSURANCE ) | |
| COMPANY d/b/a/ MAGMUTUAL ) | |
| INSURANCE AGENCY, LLC, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the motion of Defendant MagMutual Insurance Company d/b/a MagMutual Insurance Agency, LLC ("MagMutual"), to seal the proposed sealed document filed at Docket Entry 63. Having considered the motion, the Court finds as follows:

1. Docket Entry 63 is MagMutual's insurance policy issued to the Brody School of Medicine, which constitutes confidential business information. MagMutual has a legitimate interest in maintaining the policy under seal.

2. The need to maintain confidentiality outweighs the public interest in access to the policy.

3. No less drastic alternatives to sealing are available.

4. Dr. Robinson consents to the motion to seal.

For these reasons, the Court concludes that the motion should be GRANTED and Docket Entry 63 should remain under seal.

IT IS SO ORDERED.

This the 11th day of December, 2017.

                                        */s/ Louise W. Flanagan*
                                        Louise W. Flanagan
                                        United States District Judge