IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:17-cv-112-FL

| | |
|---|---|
| BARBARA L. ROBINSON, M.D., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ORDER ON THE DEFENDANT'S |
| JOHN MARK WILLIAMS, M.D., in his official and individual capacities, | ) UNOPPOSED MOTION TO MODIFY ) <u>THE CASE MANAGEMENT ORDER</u> ) |
| Defendant. | ) ) |

FOR GOOD CAUSE SHOWN, in accordance with the standards set forth in Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Court grants the defendant's Unopposed Motion to Modify the Case Management Order in this case. The Case Management Order is modified as follows:

a) All discovery shall be commenced in time to be completed by **October 21, 2019**;

b) Disclosures required by Federal Rue of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by the defendant by **September 16, 2019**;

c) All potentially dispositive motions shall be filed by **December 4, 2019**.

SO ORDERED THIS  23rd  DAY OF   August   2019.

_____
United States District Court Judge