**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Civil Action No. 4:17-cv-112-FL**

| | | |
|---|---|---|
| BARBARA L. ROBINSON, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | **ORDER ON THE DEFENDANT'S** |
| JOHN MARK WILLIAMS, M.D., in his | ) | **UNOPPOSED ADDITIONAL** |
| official and individual capacities, | ) | **MOTION TO MODIFY THE CASE** |
| | ) | <u>**MANAGEMENT ORDER**</u> |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, in accordance with the standards set forth in Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Court grants the defendant's Unopposed Additional Motion to Modify the Case Management Order in this case. The Case Management Order is modified as follows:

a) All discovery shall be commenced in time to be completed by **November 8, 2019**;

b) Disclosures required by Federal Rue of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by the defendant by **September 30, 2019**;

c) All potentially dispositive motions shall be filed by **December 20, 2019**.

SO ORDERED THIS __16th__ DAY OF __September__ 2019.

_____
United States District Court Judge