UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BARBARA L. ROBINSON, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>JOHN MARK WILLIAMS, M.D. *in his* )<br>*individual capacity*, )<br>      Defendant. ) | **JUDGMENT**<br>No. 4:17-CV-112-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment and plaintiff's motion to exclude defendant's expert witnesses.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 6, 2020, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on May 7, 2020, and Copies To:**
Charles F. Bond / Mary-Ann Leon (via CM/ECF Notice of Electronic Filing)
I. Faison Hicks (via CM/ECF Notice of Electronic Filing)

May 7, 2020                      PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk